**Order entered November 25, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01699-CR

**DONALD RAY ATKINS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F10-31661-J**

## ORDER

On June 3, 2013, we ordered the Dallas County District Clerk to prepare and file a supplemental clerk's record containing a detailed itemization of the costs assessed in this case, including but not limited to, specific court costs, fees, and court appointed attorney fees. The Dallas County Clerk subsequently filed a supplemental record. However, the detailed itemization of costs included in the supplemental record does not comply with the Texas Code of Criminal Procedure. *See* TEX. CODE CRIM. PROC. ANN. arts. 103.001, 103.006 (West 2006).

Accordingly, we **ORDER** the Dallas County District Clerk to file, within ten days of the date of this order, a second supplemental clerk's record that contains a detailed itemization of the costs assessed in this case that complies with article 103.001 and 103.006 of the Texas Code of Criminal Procedure. *See id.* arts. 103.001 ("A cost is not payable by the person charged with the

cost until a written bill is produced or is ready to be produced, containing the items of cost, **signed by the officer who charged the cost or the officer who is entitled to receive payment for the cost**.") (emphasis added), 103.006 ("if a criminal action or proceeding . . . is appealed, an officer of the court **shall certify and sign** a bill of costs that have accrued and send the bill to the court in which the action or proceeding is . . . appealed) (emphasis added).


/s/     DAVID L. BRIDGES
          JUSTICE